AMERICAN MUTUAL LIABILITY INSURANCE COMPANY ET AL. *v.* ALFRED N. PREMO, INSURANCE COMMISSIONER [WILLIAM R. COTTER, INSURANCE COMMISSIONER, SUBSTITUTED DEFENDANT], ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County because it is moot is granted.

*Joseph P. Cooney,* for the appellants (defendants Aetna Casualty and Surety Company et al.).

*Raymond J. Cannon,* assistant attorney general, for the appellant (named defendant).

*Frank E. Callahan* and *John D. Fassett,* for the appellees (plaintiffs).

Argued April 5—decided April 13, 1966

SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Walter A. DeAndrade,* for the appellee (defendant).

*Evelyn Tkaczyk* and *Julia Cravens,* pro se, the appellants (plaintiffs).

Argued April 5—decided April 13, 1966

The motion by the plaintiffs to postpone all further action in the appeal from the Superior Court in New Haven County until a new attorney can be obtained is denied.

*Sampson Tkaczyk, Evelyn Tkaczyk* and *Julia Cravens,* pro se, in support of the motion.

Submitted March 23—decided April 13, 1966